Howard H. Meyers, et al., Plaintiffs-Appellees, v. Robert Vincent, et al., Defendants-Appellants.

Gen. Nos. 64–141, 64–142. 

Second District.

November 22, 1965.

John R. Snively, of Rockford, for appellants; Early and Lundin, of Rockford (Vern L. Davitt, of counsel), for appellees. Opinion by JUSTICE MORAN. Not to be published in full.